```
RUN DATE: 05/12/21           Lakeview Regional Medical Center ABS                    PAGE 1
RUN TIME: 0031                         CODING SUMMARY
RUN USER: HPF.FEED

NAME:     BERNARD,KAYLON              ACCT#:      F00045844355
                                      FORM:
   ADM DATE:   05/09/21  1851
   ATTEND PHYS: Nugent,Heath  MD      UNIT#:      F001017618
   DIS DT/TM:  05/09/21  1958         SEX:        M
   DIS DISP:   HOME OR SELF            AGE:        27
        LOS:  :         1              DOB:        03/19/94
   PT CLASS:  OP.OTH                  FIN CLASS:  99
                                      ABS STATUS: FINAL

DIAGNOSES                                                        POA INDICATOR   CODESET

   REASON FOR VISIT DX
           S39.012A    STRAIN OF MUSCLE, FASCIA AND TENDON OF LOWER BACK, INIT      ICD10

   PRIMARY CODESET
   PRINC DX    S39.012A    STRAIN OF MUSCLE, FASCIA AND TENDON OF LOWER BACK, INIT  ICD10
   OTHER DX    V43.52XA    CAR DRIVER INJURED IN COLLISION W CAR IN TRAF, INIT      ICD10
               Y92.410     UNSP STREET AND HIGHWAY AS PLACE                         ICD10

OTHER CODESET
PRINC DX
OTHER DX

PROCEDURE
PRIMARY CODESET
DATE          PROC CODE & NAME                      SURGEON       ANESTHESIOLOGIST
OTHER CODESET

PRIMARY CODESET
DRG I-10
OTHER CODESET
DRG I-9


   STATUS        $REIMB    MIN-LOS   STD-LOS     COST WT      GRP VERS     GRP FC
                                                                 38           99



DRG STATUS DATE:                     ABS STATUS DATE: 05/11/21
CODER: INTERFACE                     ABSTRACTOR: CACUSER


   **This form will be maintained as a permanent part of the medical record**
```

**DEFENDANT'S EXHIBIT 2**

# Lakeview Regional Medical Center, A Campus of Tulane Medical Center
95 Judge Tanner B■■■ Covington, LA 70■■■

| Patient | Unit # | Service/Location | Status | F/C Date | Acct# |
|---|---|---|---|---|---|
| BERNARD, KAYLON | F001017618 | EMERGENCY ROOM | DEP ER | 99  05/09/21 | F00045844355 |

## PATIENT
Soc Sec No   DOB   Age   Sex  MS   Race  Religion
xxx-xx-7117  03/19/94  27   M   M    B     BAP
Address:  14712 MADISON LANE
          PONCHATOULA, LA 70454        Parish: TANGIPAHOA
Home Ph: (985)210-1806   Pat Cell Ph: (999)999-9999

## PATIENT EMPLOYER
UNEMPLOYED
UNEMPLOYED
UNEMPLOYED, XX 00000
Work Phone: (999)999-9999
Occupation:

## GUARANTOR
BERNARD, KAYLON           SS#: xxx-xx-7117
Address:  14712 MADISON LANE
          PONCHATOULA, LA 70454        Parish: TANGIPAHOA
Home Ph: (985)210-1806   Guar Cell Ph: (999)999-9999
Relationship to Patient: SELF

## GUARANTOR EMPLOYER
UNEMPLOYED
UNEMPLOYED
UNEMPLOYED, XX 00000
Work Phone: (999)999-9999
Occupation:

## OTHER GUARANTOR
                        SS#:
Address:
                                    Parish:
Home Ph:               Cell Ph:
Relationship to Patient:

## OTHER GUARANTOR EMPLOYER
Work Phone:
Occupation:

## PERSON TO NOTIFY
WILSON, KEVIN
UNKNOWN
LAPLACE, LA 70068
Home:(504)559-3157   Work:(999)999-9999
Rel to Patient: FATHER

## NEXT OF KIN
WATSON, TINA
186 PAULA DR
LAPLACE, LA 70068
Home:(504)710-5689   Work:(504)491-6568
Rel to Patient: OTHER RELATIONSHIP

## PT TEMPORARY ADDRESS
Exp:
Comment:

## INSURANCE #1
MEDICAID APPLICANT PENDING
NONE NEEDED
HOUSTON, TX 77072
Phone (713)448-2000
Contact

Policy # 1111
Coverage #
Subscriber BERNARD, KAYLON
Rel to Pt  SELF
Eff. 05/09/21 to         Rel Y Assign Y
GROUP  -

## AUTHORIZATION
Treat/Precert  -
Ins Verif
Pro Review   Not Required
Pre Cert Phone  SEE CARD
IPLAN: MCDAPL.LV

## INSURANCE #2
CHARITY PENDING
PO BOX 292289
NASHVILLE, TN 37229-2289
Phone (713)448-2000
Contact

Policy # 1111
Coverage #
Subscriber BERNARD, KAYLON
Rel to Pt  SELF
Eff.       to            Rel Y Assign Y
Group  -

## AUTHORIZATION
Treat/Precert Not Required
Ins Verif
Pro Review   Not Required
Pre Cert Phone
IPLAN: CHARP.LV

## INSURANCE #3
UNINSURED DISCOUNT
PO BOX 292289
NASHVILLE, TN 37229-2289
Phone (713)448-2000
Contact

Policy # 11111
Coverage #
Subscriber BERNARD, KAYLON
Rel to Pt  SELF
Eff. 05/09/21 to         Rel Y Assign Y
Group  -

## AUTHORIZATION
Treat/Precert Not Required
Ins Verif
Pro Review   Not Required
Pre Cert Phone
IPLAN: UNINS.LV

## OCCURRENCES
Code  Type                          Date      Time
11    ONSET OF SYMPTOMS/ILLNESS     05/09/21

## CONDITIONS
Code  Type

Adm Priority  Admission Comment
EM

PREFERRED LANGUAGE  EMAIL
English             NONE

## PHYSICIANS
| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
|  |  |  |  | Nugent, Heath MD | 2152 |
| Prim Care Physician | HCIS | Family Physician | HCIS | Other Provider |  |
| DOES NOT KNOW | 7777 |  |  | SELF REFERRED |  |

## ADMISSION/REGISTRATION
| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 05/09/21 | 1851 | NON HEALTHCARE FACIL | / | WI | INJURY-ACCIDENT | R.FAD.LXC |

*EDF*        Unit#F001017618                ACCT#F00045844355                PRINTED: 05/10/21 0615

```
LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
EMERGENCY PROVIDER REPORT
REPORT#:0509-0174    REPORT STATUS: Signed
DATE:05/09/21  TIME: 1915

PATIENT: BERNARD,KAYLON                UNIT #: F001017618
ACCOUNT#: F00045844355                 ROOM/BED:
AGE: 27       SEX: M                   PCP PHYS:
SERVICE DT:                            AUTHOR: Nugent,Heath  MD
REP SRV DT: 05/09/21                   REP SRV TM: 1915
* ALL edits or amendments must be made on the electronic/computer
document *
```

## HPI-MVC

### Free Text HPI Notes
**Free Text HPI Notes**
27-year-old male to emergency department for evaluation after being involved in a motor vehicle accident with complaint of lower back pain. Patient reports he was the restrained driver in a 3 car accident. He was in the first car, the car behind him was rear-ended and then pushed into his car. No airbag deployment. Did not strike his head, no loss of consciousness. No complaints of any midline neck pain. Does complain of midline lower back pain. No leg weakness or numbness. Ambulated without difficulty. No complaints of any pain over the chest, abdomen or pelvis.

### General
**Confirmed Patient** Yes
**Patient Type** New patient
**Initial Greet Date/Time** 05/09/21 1852

### Presentation
**Chief Complaint** Back pain
**Hx Obtained From** Patient
**Onset Occurred** Just prior to arrival
**Symptom Duration** Since onset
**Progression since Onset** Constant

## Risk-MVC

### Risk Stratification
**Nexus C-Spine Criteria**
No: Post midline tenderness, Intoxicated, Altered LOC/alertness, Focal neuro deficit pres, Distracting injury pres.
**Canadian Head CT Rule** None apply, rule neg
**Glasgow Coma Score:**
  **Copyright Sir Graham Teasdale** Copyright Sir Graham Teasdale
  **Eye opening:** (4) Spontaneous
  **Verbal response:** (5) Oriented

Page 1 of 7

```
Patient: BERNARD,KAYLON
Unit#:F001017618
Date: 05/09/21
Acct#:F00045844355
```

**Best motor response:** (6) Obeys commands
**Intracranial Bleed** Risk factors reviewed

## Review of Systems

## ROS Statements
**All systems rev & neg** except as marked.

## Focused Review of Systems
**Constitutional**
Denies: Chills, Fever, Weakness - generalized.
**Eyes**
Denies: Blurred bilat, Diplopia, Photophobia.
**Ears/Nose/Throat**
Denies: Nasal congestion, Sore throat.
**Respiratory**
Denies: Cough, non-productive, Cough, productive, Pleuritic pain, Shortness of breath, Wheezing.
**Cardiovascular**
Denies: Chest pain, Edema, Syncope.
**GI**
Denies: Abdominal pain, Bloody/tarry stool, Constipation, Diarrhea, Nausea, Vomiting.
**GU Male**
Denies: Flank pain.
**Musculoskeletal**
Reports: Back pain, Lumbar pain.  Denies: Extremity pain, Neck pain, Thoracic pain.
**Skin**
Denies: Abrasion, Contusion, Laceration, Rash, Swelling.
**Neurologic**
Denies: Abnormal movement, Bladder dysfunction, Bowel dysfunction, Change LOC, Confusion, Dizziness, Focal weakness, Generalized weakness, Headache, Lightheaded, Numbness, Problem walking, Seizure, Shaking, Slurred speech, Spinning sensation, Syncope, Tingling, Unable to speak, Vision change.

## Past Medical History - Adult
**Stated Complaint** INJURY-ACCIDENT
**Allergies**
**Coded Allergies:**
No Known Allergies (05/09/21)

**Home Medications**
**Reported Medications**

```
                         Page 2 of 7
```

```
Patient: BERNARD, KAYLON
Unit#: F001017618
Date: 05/09/21
Acct#: F00045844355
```

PALIPERIDONE PALMITATE (INVEGA SUSTENNA) 78 MG IM Q30D

**Calculated Suicide Risk (nurs)** No risk
**Additional Medical History**
Bipolar
**Additional Surgical History**
Denies
**Additional Family History**
Denies
**Smoking status:**
   **Smoking status for patients 13 years old or older:** Never Smoker

## Physical Exam

### Vital Signs
**Vital Signs**
First Documented:

|  | Result | Date Time |
| --- | --- | --- |
| Pulse Ox | 98 | 05/09 1904 |
| B/P | 129/85 | 05/09 1904 |
| B/P Mean | 99 | 05/09 1904 |
| O2 Delivery | Room air | 05/09 1904 |
| Temp | 98.5 | 05/09 1904 |
| Pulse | 71 | 05/09 1904 |
| Resp | 18 | 05/09 1904 |

Last Documented:

|  | Result | Date Time |
| --- | --- | --- |
| Pulse Ox | 98 | 05/09 1904 |
| B/P | 129/85 | 05/09 1904 |
| B/P Mean | 99 | 05/09 1904 |
| O2 Delivery | Room air | 05/09 1904 |
| Temp | 98.5 | 05/09 1904 |
| Pulse | 71 | 05/09 1904 |
| Resp | 18 | 05/09 1904 |

**Review of Vital Signs** Reviewed

### Focused PE
**General/Const** \*\*

```
Patient: BERNARD,KAYLON
Unit#:F001017618
Date: 05/09/21
Acct#:F00045844355
```

**General/Const** Awake, Alert, No acute distress, Well appearing, Well developed, Well hydrated, Well nourished, Cooperative, Not toxic appearing
**MS Head**
  **Head** Atraumatic, Normocephalic
**Eyes**
  **Eyes** Atraumatic, PERRL, EOMI, No nystagmus, No periorbital redness, No periorbital swelling, No photophobia
**Ears/Nose/Throat**
  **Ears/Nose/Throat** Atraumatic, Airway patent, Mucous membranes moist
**MS Neck**          **
  **Neck** Atraumatic, Supple, No meningismus, Full range of motion, No adenopathy, No swelling, Non-tender, No midline vertebral tend
**Resp/Chest**       **
  **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat, No respiratory distress, No chest tenderness, No chest wall deformity, No crepitus
**Cardiovascular**   **
  **Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL, Cap refill not delayed, Peripheral circulation NL
**Abdomen/GI**       **
  **Abdomen/GI** Atraumatic, Soft, Non-tender, BS normoactive, No distention
**MS Back**          **
  **Back** Atraumatic, Inspection NL, Full range of motion
  **Text/Dict Notes**
Tenderness palpation over the midline lumbar spine. There is no step-off or crepitance. No overlying swelling or skin changes
**MS Upper Extrem**
  **Upper Extremity/MS** Atraumatic, Inspection NL, Full range of motion, No swelling, Non-tender
**MS Wrist/Hand**
  **Wrist/Hand** Atraumatic, Inspection NL, Full range of motion, No swelling, No erythema
**MS Lower Extrem**
  **Lower Ext/Pelvis/MS** Atraumatic, Inspection NL, Full range of motion, No swelling, Non-tender
**MS Ankle/Foot**
  **Ankle/Foot** Atraumatic, Inspection NL, Full range of motion, No swelling, Non-tender
**Skin**
  **Skin** Atraumatic, Color NL, No rash, Warm, Dry, Intact, No swelling
**Neurologic**       **
  **Neurologic** Oriented X3, Speech NL, No motor deficits, No sensory deficits, CN II - XII intact, Cerebellar NL, Memory NL, Gait NL

## Interpretation & Diagnostics

```
Patient: BERNARD,KAYLON
Unit#:F001017618
Date: 05/09/21
Acct#:F00045844355
```

## Lab Results Interpretation
### Imaging Statement
Radiographic studies reviewed and considered in the medical decision-making.

## Radiography
### X-Ray L-Spine
   **Interpretation/Wet Read by** Wet read ED physician
   **NL L-Spine X-Ray Findings** No acute disease, No fracture, No dislocation, Normal soft tissues

## Re-Evaluation & MDM

## Free Text MDM Notes
### Free Text MDM Notes
27-year-old male to emergency department for evaluation after being involved in a motor vehicle accident with complaint of lower back pain. Patient reports he was the restrained driver in a 3 car accident. He was in the first car, the car behind him was rear-ended and then pushed into his car. No airbag deployment. Did not strike his head, no loss of consciousness. No complaints of any midline neck pain. Does complain of midline lower back pain. No leg weakness or numbness. Ambulated without difficulty. No complaints of any pain over the chest, abdomen or pelvis. On exam nad, nontoxic, afebrile, neuro exam nonfocal, nonmeningeal, overall very well-appearing, mild tenderness over the midline lower back but no other obvious signs of injury. X-ray of lumbar spine without acute findings. We will discharged home in stable condition with naproxen and patient to follow-up with primary care

## Patient Discharge & Departure

## Vital Signs/Condition
### Vital Signs
First Documented:

|              | Result   | Date Time   |
|--------------|----------|-------------|
| Pulse Ox     | 98       | 05/09 1904  |
| B/P          | 129/85   | 05/09 1904  |
| B/P Mean     | 99       | 05/09 1904  |
| O2 Delivery  | Room air | 05/09 1904  |
| Temp         | 98.5     | 05/09 1904  |
| Pulse        | 71       | 05/09 1904  |
| Resp         | 18       | 05/09 1904  |

Page 5 of 7

```
Patient: BERNARD, KAYLON
Unit#: F001017618
Date: 05/09/21
Acct#: F00045844355
```

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 05/09 1904 |
| B/P | 129/85 | 05/09 1904 |
| B/P Mean | 99 | 05/09 1904 |
| O2 Delivery | Room air | 05/09 1904 |
| Temp | 98.5 | 05/09 1904 |
| Pulse | 71 | 05/09 1904 |
| Resp | 18 | 05/09 1904 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

# Clinical Impression
**Clinical Impression**
**Primary Impression:** Lumbosacral strain
**Secondary Impressions:** MVA (motor vehicle accident)

# Disposition Decision
**Discharge**
  **)( Discharged to Home** Yes
  **)( Time** 1946
  **)( Date** 05/09/21

# Discharge/Care Plan
**Counseled Regarding** Diagnosis, Imaging studies, Prescriptions, Need for follow-up, When to return to ED
**(Auto) Prescriptions**
**Current Visit Scripts**
NAPROXEN (NAPROSYN) 1 TAB PO BID PRN pain
    NAPROXEN (NAPROSYN) 1 TAB PO BID PRN pain #10 TAB
    Do not take extra NSAIDs (ibuprofen/Motrin) with this medication

**Patient Instructions** ED Back Sprain/Strain, ED MVA, General Precautions
**Additional Instructions**
Call 985-317-6029 for assistance in arranging primary care follow-up
**Departure Forms**
**Additional Information/Notices**
**My Health One**

```
Patient: BERNARD,KAYLON
Unit#:F001017618
Date: 05/09/21
Acct#:F00045844355
```

### Discharge Note

I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The vital signs have been stable. The patient's condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as outlined in the discharge instructions. The patient and/or caregivers are agreeable to this plan of care and follow-up instructions have been explained in detail. The patient and/or caregivers have received these instructions in written format and have expressed an understanding of the discharge instructions. The patient and/or caregivers are aware that any significant change in condition or worsening of symptoms should prompt an immediate return to this or the closest emergency department or a call to 911.

Electronically Signed by Nugent,Heath MD on 05/09/21 at 1948

```
RPT #: 0509-0174
***END OF REPORT***
```